**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

LADY DEBORAH'S, INC.,

        Plaintiff,

vs.                                                           Case No. 3:07-cv-218-J-32HTS

VT GRIFFIN SERVICES, INC., et al.,

        Defendants.

## **ORDER**

As announced on the record at the June 15, 2007 hearing, the record of which is incorporated by reference, it is hereby ordered that for the reasons stated in the attached findings, this case is **TRANSFERRED** to the United States District Court, Southern District of Georgia, Brunswick Division, for all further proceedings pursuant to 28 U.S.C. § 1404(a); the motion to dismiss for improper venue or alternatively, to transfer (Doc. 4) is **GRANTED** to the extent that this case shall be transferred and is **MOOT** to the extent that defendants sought dismissal for improper venue. The motion to dismiss on Rule 12(b)(6) grounds (Doc. 7) remains pending and will travel with the case. Following transfer, the Clerk shall close this file.

**DONE AND ORDERED** at Jacksonville, Florida this 18th day of June, 2007.

*[signature]*
TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies w/attached findings:

counsel of record
Clerk of Court, U.S.D.C., S.D. Ga., Brunswick Division